**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**VICKIE FLYNN, Individually and for
Others Similarly Situated,**

**v.**                                                    **Case No. 1:23-cv-00128-MIS-SCY**

**COLONIAL MANAGEMENT GROUP,
L.P. d/b/a NEW SEASON**

**ORDER GRANTING JOINT MOTION FOR APPROVAL OF
FLSA COLLECTIVE ACTION SETTLEMENT AND
CLOSING CASE**

Before the Court is the Parties' Joint Motion for Approval of Fair Labor Standards Act ("FLSA") Collective Action Settlement. For good cause shown, and as more fully explained below, the Motion is GRANTED as follows:

1.      The Court has jurisdiction over the claims asserted in the civil action and over the Parties in the civil action.

2.      The Court has reviewed the Settlement Agreement and concludes the agreement is adequate, fair, and reasonable, that it is in the best interests of the Parties, and that it should be and hereby is **APPROVED**. Likewise, the determination of the individual payments to the Plaintiffs is **APPROVED** as a fair, equitable, and reasonable allocation of the gross settlement amount. Accordingly, the agreement is hereby **APPROVED** in accordance with the FLSA, and it shall be administered in accordance with its terms.

3.      The Court finds the allocation of attorneys' fees, costs, and expenses to be fair and reasonable, and are **APPROVED**.

4.     The Court finds the Parties' request for a service award to be awarded to Named Plaintiff Vickie Flynn in the amount described in the agreement to be fair and reasonable, and is **APPROVED**.

5.     The Court finds the scope of the release(s) identified in the agreement to be fair and reasonable, and is **APPROVED**.

6.     Therefore, the proposed settlement is **APPROVED** and this approval order and agreement are binding on all Plaintiffs that have submitted their written consent to join the collective action pursuant to 29 U.S.C. § 216(b), as well as on Defendant;

7.     All other pending motions are **DENIED AS MOOT**; and

8.     This case is now **CLOSED**.

Date: October 10, 2024

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE