### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **VICKIE FLYNN, Individually and for Others Similarly Situated,** | |
| v. | Case No. 1:23-cv-00128-MIS-SCY |
| **COLONIAL MANAGEMENT GROUP, L.P. d/b/a NEW SEASON** | |

### FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting the Parties' Joint Motion for Approval of FLSA Collective Action Settlement, ECF No. 57, the Court hereby issues its separate judgment finally disposing of this civil case.

.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE